UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA CRAWFORD,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.   1:14-CV-3126-SAB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The decision of the Commissioner is **reversed** and **remanded** for an immediate award of benefits. Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

DATED: January 8, 2016

SEAN F. McAVOY
Clerk of Court

By:  *s/Cheryl Cambensy*
        Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE